```
                                                              FILED
                                                         October 24, 2025
         UNITED STATES DISTRICT COURT                  CLERK, U.S. DISTRICT COURT
          WESTERN DISTRICT OF TEXAS                    WESTERN DISTRICT OF TEXAS
             SAN ANTONIO DIVISION                    BY: _____NM_____
                                                                DEPUTY
```

| | |
|---|---|
| CHALONDA GATEWOOD, Individually and on behalf of all others similarly situated, | § § § § |
| Plaintiff, | § § CIVIL NO. SA-25-CV-00937-OLG |
| v. | § § |
| JEFFERSON CAPITAL SYSTEMS, LLC, | § § § |
| Defendant. | § |

## ORDER FOR DISMISSAL PAPERS

On October 23, 2025, the Court was advised that this case has settled. (*See* Dkt. No. 10.)

Accordingly, it is hereby **ORDERED** that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Monday, November 24, 2025**. If the parties are unable to submit those documents by that date, they may move for an extension of time to file the documents. Failure to so move may result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby **STAYED** pending the submission of the parties' stipulation of dismissal or agreed judgment and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are **DENIED AS MOOT**, subject to re-urging should settlement fail.

4) No extensions of the above deadline shall be granted except upon a showing of good cause.

5) The Court hereby administratively **CLOSES** this case pending the filing of dismissal papers. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

It is so **ORDERED.**

**SIGNED** this 24th day of October, 2025.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE